**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

LARRY CROW AND SHELLEY BURTLESS,

Case No. 14-12873

ORDER RE: MOTION
TO APPROVE SETTLEMENT OF
WAGE CLAIM

This matter having come before the Court, upon the Motion to Approve Settlement of Wage Claim by the debtors; the Court, being fully advised in the premises and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. That the debtors' Motion is granted;

2. That settlement of the pending wage claim in the amount of $10,000 is authorized.

ORDER RE: Motion for approval of Settlement

Thomas D. Neeleman
1904 Wetmore Ave, Suite 200
Everett, WA 98201
(425) 212-4800

Case 14-12873-MLB    Doc 54    Filed 05/26/16    Ent. 05/26/16 09:25:07    Pg. 1 of 2

3. That the proceeds from the settlement shall be applied as follows:

    a. To Mr. Crow in the amount of $1,134.16, minus appropriate withholding for tax liability, representing disputed wages and back pay.

    b. To Mr. Crow in the amount of $2,292.49 representing non-wage statutory damages.

    c. To attorney's fees and costs to Special Counsel, Northwest Worker's Justice Project in the amount of $6,573.35.

4. That the debtors will retain the proceeds as listed above as they represent the claimed exemption in the property.

//END OF ORDER//

Submitted by:
NEELEMAN LAW GROUP

/s/ Thomas D. Neeleman
Thomas D. Neeleman, WSBA 33980
Attorney for Debtors
1904 Wetmore Ave., Suite 200
Everett, WA 98201
425-212-4800

ORDER RE: Motion for approval of Settlement

Thomas D. Neeleman
1904 Wetmore Ave, Suite 200
Everett, WA 98201
(425) 212-4800